IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JOE HAND PROMOTIONS, INC.                                    PLAINTIFF

v.                        No. 3:15-cv-142-DPM

SUSAN POLLARD, Individually and
d/b/a Office Sports Grill                                    DEFENDANT

## JUDGMENT

This case is dismissed with prejudice pursuant to the parties' voluntary dismissal.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

16 June 2015